[No. 11921-1-III.   Division Three.   March 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE
D. MELGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Adams
County, No. 91-1-00075-1, Richard W. Miller, J., entered
October 7, 1991. *Reversed* by unpublished opinion per Brown,
J. Pro Tem., concurred in by Shields, C.J., and Green, J. Pro
Tem.

[No. 12066-0-III.   Division Three.   March 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN
BROCKMEIER, *Petitioner*.

Appeal from a judgment of the Superior Court for Adams
County, No. 91-2-00059-3, Richard W. Miller, J., entered
November 4, 1991. *Reversed* and *dismissed* by unpublished
opinion per Thompson, J., concurred in by Shields, C.J., and
Munson, J.

[No. 12331-6-III.   Division Three.   March 30, 1993.]

SPOKANE RESEARCH & DEFENSE FUND, *Appellant*, v.
SPOKANE TRANSIT AUTHORITY, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-2-00790-4, Harold D. Clarke, J., entered
October 18, 1991. *Affirmed* by unpublished opinion per Mun-
son, J., concurred in by Shields, C.J., and Thompson, J.